Case 1:09-cv-03134-NGG-LB Document 4 Filed 08/18/09 Page 1 of 1
Case 1:09-cv-03134-NGG-LB Document 2 Filed 08/13/09 Page 1 of 1
08/13/2009 12:30  00000000  LAW OFFICE  PAGE 02

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

MUHAMMID AHMAD,

                         Plaintiff,

- against -

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY; PORT AUTHORITY POLICE
OFFICER BERNARD BUCKNER,
SHIELD # 1359; PORT AUTHORITY POLICE
THOMAS KOSTER, SHIELD # 519

                         Defendants.
-----------------------------------------------------------X

Index No. 09 3134

**STIPULATION**

The application is ✓ granted. ___ denied.
SO ORDERED.

/S/

Lois Bloom, U.S.M.J.

Dated: 8/18/09
Brooklyn, New York

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the time for defendant, The Port Authority of New York and New Jersey (hereinafter "Port Authority"), to appear, answer or otherwise move in the above-captioned action is hereby extended to and including September 24, 2009.

Dated: New York, New York
August 6, 2009

By: Mark Taylor, Esq.
Attorney for the Plaintiff
Rankin & Taylor, Attorneys at Law
350 Broadway, Suite 700
New York, New York 10013
(212) 226-4507

Milton H. Pachter, Esq.
By: James M. Begley, Esq.
The Port Authority of New York and New Jersey
225 Park Avenue South, 13th Floor
New York, New York 10003
(212) 435-3502

SO ORDERED:

_____
U.S.D.J.

05VPA00039.sk