UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MUHAMMID AHMAD

                              Plaintiff,

against-

THE CITY OF NEW YORK, POLICE OFFICER
POLICE OFFICER BUCKNER(SHIELD #   ), in his
individual and official capacity as an employee
of the City of New York Police Department;
POLICE OFFICERS JOHN DOES ## 1 and 2, in
their individual and official capacities as
employees of the City of New York Police
Department,

                        Defendants.
-------------------------------------------------X

FILED
CLERK

09 SEP 30 PM 1:29

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

Notice of Appearance

EDNY 09 Civ. 3134. -

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for MUHAMMID AHMAD, Plaintiff.

I certify I am admitted to practice in this court.

Dated: New York, New York
       September 26, 2009

                                                Respectfully Submitted,

                                                By: _____/s/_____
                                                Lamis J Deek
                                                Law Office of Lamis Deek
                                                7129 5th Ave
                                                Brooklyn NY 11209
                                                718-439-3939