# Rankin & Taylor

**Attorneys at Law**

___

350 Broadway, Suite 700　　　　　　　　　　　　　　　　David@DRMTlaw.com
New York, NY 10013　　　　　　　　　　　　　　　　　　Phone: 212-226-4507
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212-658-9480

**VIA REGULAR MAIL ONLY**

October 20, 2009

The Honorable Magistrate Judge Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　**Re: Ahmad v. The Port Authority, et al. – 09 CV 3134 (NGG) (LB)**
　　　　　　　　　　**Request for adjournment of preliminary conference**

Your Honor:

　　　　I represent the plaintiff in the above-mentioned case and I write concerning the preliminary conference currently scheduled for November 2, 2009 at 2:00 P.M.  Unfortunately, there is an extremely high likelihood I will be on trial during this time.

　　　　Therefore, I respectfully request an adjournment of approximately two (2) weeks or other such interval as the Court sees fit.  The defendants have consented to this adjournment  and it is the first such adjournment request from either party.

　　　　Both plaintiff and defendants are available on November 17, 2009, should this be to the Court's liking.

　　　　Thank you for your considerations.

　　　　　　　　　　　　　　　　　　　　　　Very best regards,

　　　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　　　David B. Rankin

Cc: Karla Denalli, Esq. (KD-8357)
Attorney for the Defendants
225 Park Avenue South, 13th Floor
New York, New York 10003
T: (212) 435-3436