UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MUHAMMID AHMAD,

                Plaintiff,

   -against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, PORT AUTHORITY
POLICE OFFICER BERNARD BUCKNER,
and PORT AUTHORITY POLICE OFFICER
THOMAS KOSTER,

                Defendants.
------------------------------------------------------------X

ORDER

09-CV-3134(WFK)(LB)

This Court has reviewed the Report and Recommendation of Magistrate Judge Lois Bloom, dated December 7, 2012, addressing the motion for summary judgment by Defendants The Port Authority of New York ("Port Authority"), Port Authority Police Officer Bernard Buckner ("Officer Buckner"), and Port Authority Police Officer Thomas Koster ("Officer Koster") (collectively the "Defendants"). No objections have been filed. This Court hereby adopts the Report and Recommendation in its entirety.

The motion for summary judgment by the Defendants is DENIED as to the excessive force claim against Officer Buckner. The motion for summary judgment is GRANTED as to all other claims.

**SO ORDERED**

Dated: Brooklyn, New York
       January 23, 2012

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge